# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EAST BATON ROUGE PARISH
CORONER'S OFFICE

VERSUS

ST. TAMMANY PARISH CORONER'S
OFFICE AND PARISH OF ST.
TAMMANY

NO.  2025 CW 1214

MARCH 23, 2026

---

In Re:    East Baton Rouge Parish Coroner's Office, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 758357.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED.**

**HG**
**TPS**

    **McClendon, C.J.**, concurs. At the time of the district court's
ruling, the St. Tammany Parish Coroner was a party to this action.
See La. R.S. 13:5104(C).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT